UNITED STATES DISTRICT COURT
DISTRICT COURT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Michelle Johnson f/k/a Michelle Beaty, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br><br>-v.-<br><br>Receivable Recovery Systems,<br><br>Defendant(s). | Civil Action No: 3:21-cv-03102-SAL |

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST RECEIVABLE RECOVERY SYSTEMS

Plaintiff, Michelle Johnson, by and through her attorneys, Norsworthy Law, Ltd. Co., moves for a Default Judgment against Receivable Recovery Systems, in default for its failure to timely appear and Answer the Complaint. In support thereof, Plaintiff states as follows:

1. The Complaint in this action was filed on September 23, 2021. ECF Doc. 1.

2. Plaintiff filed the Summons and Complaint with the Clerk of Court on September 23, 2021. See Doc. 1.

3. Plaintiff then served Defendant Receivable Recovery Systems ("Defendant") with true and correct copies of the Summons and Complaint 9. See Doc. 9.

4. Defendant failed to timely appear and answer the complaint.

5. No appearance, answer or other responsive pleading has been filed to date.

6. On August 17, 2022, Plaintiff's counsel filed a motion for Entry of Default. Doc. 12.

7. Pursuant to Fed. R. Civ. P. 55(a) a Clerk's Default was entered on August 19, 2022 against Defendant.

8. Plaintiff's counsel has attached an affidavit of amounts due and respectfully asks that the Court enter judgment in this amount.

1

9. Although this case was filed as a putative class action, no class was ever certified.

10. Plaintiff is making this motion on behalf of herself only and upon entry asks that, to the extent necessary, the putative class members be dismissed without prejudice.

WHEREFORE, Plaintiff, moves to grant his Motion for Default Judgment and that judgment be entered against Defendant Receivable Recovery Systems.

Dated: May 1, 2023

Respectfully submitted,

Norsworthy Law, Ltd. Co.,

*s/ Kenneth E. Norsworthy, Jr.*
Kenneth E. Norsworthy, Jr., Esq
Fed. Bar. No. 12580
218 Trade Street, Suite D
Greer, SC, 29651
(864) 804-0581
norsworthylaw@gmail.com

*Attorneys for Plaintiff*

2