AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Michelle Johnson f/k/a Michelle Beaty, individually and on behalf of all others similarly situated,<br>*Plaintiff*<br>v.<br>Receivable Recovery Systems,<br>*Defendant* | Civil Action No.   3:21-cv-3102-SAL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, Michelle Johnson f/k/a Michelle Beaty, individually and on behalf of all others similarly situated, take nothing of the defendant, Receivable Recovery Systems, and this case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Sherri A. Lydon, US District Judge, presiding.  The Court having dismissed the case.

Date:   January 9, 2024                                        *ROBIN L. BLUME, CLERK OF COURT*

                                                                              s/Amanda D. Hilley
                                                                        *Signature of Clerk or Deputy Clerk*